IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:20-cv-0175-FDW-DSC

| | |
|---|---|
| MELANIE RAE BROCK, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

Plaintiff filed a Motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $5,800.00. After consultation, the parties have agreed that the amount of $5,800.00 should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that an award of fees under the EAJA in the amount of $5,800.00 be made payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debts.

**SO ORDERED**.

Signed: October 25, 2021

David S. Cayer
United States Magistrate Judge